# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KLASSEN, et al., | Case No.: 1:15-cv-01568 --- JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 12) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On January 20, 2016, the parties notified the Court they have reached an agreement to resolve the matter. (Doc. 12) Counsel report they will finalize the settlement and dismiss the action after payment is made. Id. Therefore, based upon the stipulation, the Court **ORDERS**:

1. The stipulated request for dismissal **SHALL** be filed no later than **March 25, 2016**.
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED.**

IT IS SO ORDERED.

Dated:   **January 21, 2016**                              **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE